# EXHIBIT 3

## EXAMPLES OF PLAINTIFF'S MERCHANDISE

Key chains, video games, puzzles, board games, compact discs, stuffed animals, bears, pens, pencils, note books, books, booklets, postcards, magazines, posters, banners, binders, book covers, plastic rulers, photographs, photo albums, calendars, trading cards, bumper stickers, decals, mugs, glasses, shot glasses, cups, drink holders, sport bottles, portable coolers, thermos, portable chairs, sunglasses, visors, license plates, flags, towels, bedding sheet sets, t-shirts, shorts, socks, jackets, jerseys, shirts, sweatshirts, fleece sets, belts, belt buckles, caps, hats, race programs, computer game programs, die cast miniature race vehicles, mouse pads, road atlas, vehicle splash guards, candles, clocks, display cases, throws, prints, tapestry wall hangings, pillows, furniture, ashtrays, sleeping bags, curtains, salt and pepper shakers, cake kits, jewelry, refillable/disposable lighters, audio cassettes, videotapes, DVDs, championship belts, action figures, dolls, basketballs, bend-em' figures, wrestling masks, elbow pads, kites, skateboards, walkie-talkies, inflatable vinyl pools, greeting cards, invitations, athletic shoes, collectable stickers, watches, stickers, tattoos, gold and silver coins, signed lithographs, electronic tabletop games, face painting sets, disposable cameras, full size stand-up's, dart boards, pool cues, holiday card sets, Christmas ornaments, beach chairs, umbrellas, backpacks, banners, shower curtains, toothbrushes, pajamas, neckties, gloves, necklaces, bandannas, earrings, pendants, ice cream bars.