# EXHIBIT 1

## <u>BEFORE WRESTLEMANIA EVENTS:</u>

In the middle of March 2013, we encountered the following shirts during our live events in Pittsburgh, PA and Cincinnati, OH:



(Front of shirt)



(Back of shirt)

This shirt was also being sold in New Jersey  during the WrestleMania Events.

## <u>BEFORE WRESTLEMANIA EVENTS</u>:

On Sunday, March 31, 2013, we encountered the following shirts during our live event in White Plains, NY:



(Front of shirt)



(Back of shirt)

## DURING WRESTLEMANIA EVENTS:

#1: Seized from Herbert Reid, from Schenectady, NY (he was served):



(Front of shirt)



(Back of shirt)

**60 Shirts Seized**

## DURING WRESTLEMANIA EVENTS:

#3: Seized from John Doe (he was served):



(Front of shirt)



(Back of shirt)

**5 Shirts Seized**

# DURING WRESTLEMANIA EVENTS:

#5: Seized from Byron Douglas, from Brooklyn, NY (he was served):



(Front of shirt)



(Back of shirt)

**3 Shirts Seized**

## DURING WRESTLEMANIA EVENTS:

**Seized from many different John Does (would not accept service):**



(Front of shirt)



(Back of shirt)

**Approx. 190 Shirts Seized**

## <u>DURING WRESTLEMANIA EVENTS</u>:

**Seized from many different John Does (would not accept service):**



(Front of shirt)



(Back of shirt)

**Approx. 30 Shirts Seized**

## DURING WRESTLEMANIA EVENTS:

#2: Seized from John Doe (he was served):



(Front of shirt)



(Back of shirt)



## DURING WRESTLEMANIA EVENTS:

#4: Seized from John Doe (he was served):



(Front of shirt)



(Back of shirt)

**6 Shirts Seized**

## <u>DURING WRESTLEMANIA EVENTS (at Raw on 4/8/13)</u>:

<u>#7: Seized from Christopher Huff (he was served)</u>:



(Front of shirt)



(Back of shirt)

**20 Shirts Seized**

## DURING WRESTLEMANIA EVENTS (at Raw on 4/8/13):

#8: Seized from Scott Dreger, from Springfield, PA (he was served):

 

(Front of shirt)                          (Back of shirt)

**21 Shirts Seized**

## <u>DURING WRESTLEMANIA EVENTS</u>:

**Seized from many different John Does (would not accept service):**



(Front of shirt)



(Back of shirt)

**Approx. 40 Shirts Seized**

## DURING WRESTLEMANIA EVENTS:

**Seized from many different John Does (would not accept service):**



(Front of shirt)



(Back of shirt)

**Approx. 15 Shirts Seized**

## <u>DURING WRESTLEMANIA EVENTS</u>:

**Seized from many different John Does (would not accept service):**



(Front of shirt)



(Back of shirt)

**Approx. 50 Shirts Seized**

## <u>DURING WRESTLEMANIA EVENTS</u>:

<u>#6</u>: Seized from Victor William Pritchard, from Orange, CA (he was served):






**28 Poster Boards Seized**

## DURING WRESTLEMANIA EVENTS:

#9: Seized from William S. Brown, from Middletown, CT (he was served):







**103 DVD Sets Seized
(2,042 Discs Seized)**

## DURING WRESTLEMANIA EVENTS:

#10: Seized from Kenneth Asal, from East Berlin, CT (he was served):





**11 Action Figures Seized**



# WRESTLEMANIA EVENTS SEIZURE TOTALS

| Description | # Seized | Value |
| --- | --- | --- |
| Shirts | 440 ($20 each) | $8,800.00 |
| Poster Boards | 28 ($25 each) | $700.00 |
| Action Figures | 11 ($30 each) | $350.00 |
| DVDs | 103 DVD Sets = 2,042 DVDs | Value of $52,000.00 |

**2,491 units**

# EXHIBIT 2



# EXHIBIT 3

# World Wrestling Entertainment

# WrestleMania Events
# 2012
# Enforcement Results

## WRESTLEMANIA 2012 – 78,363 attendees
### (Sun Life Stadium's largest attended event in history)



## There was an extremely large police presence at all events:









## And on the roads leading to the events as well:

 



## Counterfeiters were found selling bootleg merchandise

WrestleMania Axxess venue                    Fan Parking Lot



Bootleggers were selling here



I was able to take a a photo of one counterfeiter selling shirts on the path leading from one fan parking lot to WrestleMania at Sun Life Stadium…



**Counterfeit shirts were also being sold in the parking lots and areas outside the stadium…**

## Example of counterfeit shirts found*





*Front of shirt*                    *Back of shirt*

**\* This design, which is <u>not</u> WrestleMania-branded, shows the intent of the counterfeiters to sell counterfeit shirts at WWE around at all of our events…**

(this is the shirt from the previous slide)…

 

**This identical shirt design (front & back) was being sold this weekend by counterfeiters from the following locations:**

- Pasadena, *California*
- Los Angeles, *California*
- Gardena, *California*
- Apple Valley, *California*
- Santa Monica, *California*
- Poughkeepsie, *New York*

**We've also seen this identical shirt sold at previous WWE events by other counterfeiters residing in <u>other locations</u>.  The design contains the image of Brock Lesnar, who has not been with WWE for many years.**

## Other shirt designs seized this weekend:



Front



Back

*Seized from individual from Santa Monica, California*

## <u>Other shirt designs seized this weekend</u>:



Front



Back

*Seized from individual from Davenport, Florida*

## Other shirt designs seized this weekend:



#1 Front



#1 Back

*Seized from individual from Pembroke Pines, Florida*



#2 Front



#2 Back

## <u>Other shirt designs seized this weekend:</u>



Front



Back

*Seized from individual from Pasadena, California
(counterfeiter copied our specialized neck label)*

## Other shirt designs seized this weekend:



Front



Back

*Seized from individual – "drop & run" – no ID*

## TOTAL NUMBER OF COUNTERFEIT SEIZED DURING WRESTLEMANIA EVENTS (not including Raw on 4/2/12)

## 265 counterfeit shirts



## <u>Points to Remember</u>:

1.  Most of the shirts seized were the <u>identical</u> design, even though
    the counterfeiters came from different locations/states

2.  The most common design found contained an image of a
    wrestler who has not been with WWE for many years – not
    a current image.

3.  **MOST OF THE SHIRTS WERE CHILDREN SIZED –
    to be sold to, and worn by, children.  Therefore, the greatest
    risk was to our nation's children who travel from all over
    to come to our events nationwide.**

# EXHIBIT 4

Case# 12-10461

**COX** CONVENTION CENTER

**SAVOR...**

**SMG** Worldwide Entertainment and Convention Venue Management

**Ford**

**FORD CENTER**

DATE: 2-6-12

EVENT: CALVE

TIME: 1815

NAME: Mc Nary Kevin (George)

ADDRESS: 510 6 13 st # 323

REASON FOR CONTACT: Peavo was selling tickets outside + sold
to a officer. He was selling to people outside inside. Then I
contacted him. While I was talking to him I sold his sales
in yellow shirt + white shorts. His name is (illegible) + people
# 27 black long sleeve white t. His tickets sold had
# 363 on ea. + ticket # C9-8327395 RLI

EVENT COLOR:   GREEN ___   YELLOW ✗   RED ___

SSN: 552862 4245   602/240 BLK/BRo

R/S: B/M

458-512-8563   DOB: 12-20-61

CITY: Las Vegas   STATE: NV   ZIP: 89104

RELEASED TO:

NAME: _____

PHONE: _____

EMPLOYEE: _____

ALCOHOL OFFICER: Varney, Lambert

MANAGER: _____

DISPOSITION:

JAIL: ___
DETOX: ___
CAB: ___
FRIEND: ___

# EXHIBIT 5

<u>Seized Since WrestleMania XXIX:</u>

<u>Seized at WWE live events in (1) Fresno, CA, (2) Los Angeles, CA,
(3) Sacramento, CA
all on different dates, all from different individuals:</u>



Seized at several different WWE live events throughout New York,
all on different dates, all from different people:



Seized at WWE live events in (1) Los Angeles, CA and (2) Sacramento, CA,
on different dates, from different people:



Seized at WWE live event in New Jersey:



Seized at WWE live events in New York and New Jersey,
on different dates, from different people:



13

Seized at WWE live event in New Jersey:



Seized at WWE live event in Los Angeles, CA:



Seized at WWE live event in Los Angeles, CA:





Boxes of Counterfeit Merchandise Seized at Various WWE Live Events
Since WMXXIX:



# EXHIBIT 6

Seized at WWE live event in Baltimore, MD in January 2014:
(Front)



Seized at WWE live event in Baltimore, MD in January 2014:
(Back)
Lists the different cities in which WWE live events will be held –
note that the tagline used at the top of the shirt "Let the Good Times Roll" is the tagline that
WWE is currently using in connection with WrestleMania XXX in New Orleans, LA
*(poor quality of image is actually on the original shirt and not merely a bad photograph)*



Seized at WWE live event in St. Louis, MO in January 2014
(Front):

