# Exhibit C

# WRESTLEMANIA GENERATES MORE THAN $100 MILLION FOR HOST CITY FOR SECOND CONSECUTIVE YEAR

November 20, 2013

STAMFORD, Conn., November 20, 2013 – WWE (NYSE: WWE) and New Jersey Governor Chris Christie today announced that WrestleMania 29 generated $101.2 million in economic impact for the New Jersey/New York region this past April, according to a study conducted by the Enigma Research Corporation. This marks the second consecutive year that WrestleMania generated more than $100 million in economic impact for its host city.

Over the past six years, WrestleMania has generated more than $400 million in cumulative economic impact for the cities that have hosted the event. WrestleMania 29 also generated approximately $16.5 million in local, state and county taxes.

"On behalf of the great state of New Jersey, we thank all of WWE's devoted fans who descended on our region from all over the world to be a part of WrestleMania," said Governor Chris Christie. "The entire week of events helped generate a tremendous boost for our economy, and we look forward to the possibility of MetLife Stadium hosting a future WrestleMania."

"WrestleMania 29 was a tremendous success for WWE and New York City," said George Fertitta, CEO of NYC & Company. "Fans took advantage of all that our region has to offer, including the best hotels, restaurants, retailers, cultural and entertainment options in the world. We are grateful to WWE for its continued support of our City."

"We are thrilled that WrestleMania created a substantial benefit on both sides of the Hudson, and we thank Mayor Bloomberg and Governor Christie for their incredible partnership and hospitality," said John P. Saboor, Executive Vice President, Special Events, WWE. "We are also forever grateful to our friends at the New York Giants and New York Jets, as well as all of our regional public and private sector partners that worked tirelessly to welcome our fans from around the world. We now turn our attention to New Orleans for our milestone WrestleMania 30 celebration."

A capacity crowd of 80,676 fans from all 50 states and 34 countries attended WWE's pop-culture extravaganza this past April, making it the highest grossing entertainment event at MetLife Stadium. Key highlights from the study include:

- $101.2 million of direct, indirect and induced impact derived from spending by non-locals visiting specifically for WrestleMania 29.
- 54% of fans that attended WrestleMania were from outside the New York/New Jersey area and stayed an average of four nights.
- The economic impact derived from WrestleMania Week was equal to the creation of 943 full-time jobs for the area.
- $5.2 million was spent by non-locals at New Jersey and New York restaurants.

Next year, WrestleMania 30 will take place Sunday, April 6 at the Mercedes-Benz Superdome in New Orleans. Tickets are currently on sale. The event will be broadcast on pay-per-view, and viewed in more than 100 countries.

About Enigma Research Corporation

Enigma Research Corporation is an international consulting firm which specializes in measuring the economic impact of special events. Enigma's economists developed a customized model which converted expenditures into economic impact, employment created and taxes generated as a result of the event.

About WWE
WWE, a publicly traded company (NYSE: WWE), is an integrated media organization and recognized leader in global entertainment. The company consists of a portfolio of businesses that create and deliver original content 52 weeks a year to a global audience. WWE is committed to family friendly entertainment on its television programming, pay-per-view, digital media and publishing platforms. WWE programming is broadcast in more than 150 countries and 30 languages and reaches more than 650 million homes worldwide. The company is headquartered in Stamford, Conn., with offices in New York, Los Angeles, London, Miami, Mumbai, Shanghai, Singapore, Istanbul and Tokyo.

Additional information on WWE (NYSE: WWE) can be found at wwe.com and corporate.wwe.com. For information on our global activities, go to http://www.wwe.com/worldwide/.

-30-

Media Contacts:
Matt Altman
WWE
203-352-1177
Matthew.Altman@wwecorp.com

Nicole Fountain
MetLife Stadium
201-559-1735
nfountain@metlifestadium.com

Investor Contact:
Michael Weitz
203-352-8642
Michael.Weitz@wwecorp.com

Trademarks: All WWE programming, talent names, images, likenesses, slogans, wrestling moves, trademarks, logos and copyrights are the exclusive property of WWE and its subsidiaries. All other trademarks, logos and copyrights are the property of their respective owners.

Forward-Looking Statements: This press release contains forward-looking statements pursuant to the safe harbor provisions of the Securities Litigation Reform Act of 1995, which are subject to various risks and uncertainties. These risks and uncertainties include, without limitation, risks relating to maintaining and renewing key agreements, including television and pay-per-view programming distribution agreements; the need for continually developing creative and entertaining programming; the continued importance of key performers and the services of Vincent McMahon; the conditions of the markets in which we compete and acceptance of the Company's brands, media and merchandise within those markets; our exposure to bad debt risk; uncertainties relating to regulatory and litigation matters; risks resulting from the highly competitive nature of our markets; uncertainties associated with international markets; the importance of protecting our intellectual property and complying with the intellectual property rights of others; risks associated with producing and travelling to and from our large live events, both domestically and internationally; the risk of accidents or injuries during our physically demanding events; risks relating to our film business; risks relating to increasing content production for distribution on various platforms, including the potential creation of a WWE Network; risks relating to our computer systems and online operations; risks relating to the large number of shares of common stock controlled by members of the McMahon family and the possibility of the sale of their stock by the McMahons or the perception of the possibility of such sales; the relatively small public float of our stock; and other risks and factors set forth from time to time in Company filings with the Securities and Exchange Commission. Actual results could differ materially from those currently expected or anticipated. In addition, our dividend is dependent on a number of factors, including, among other things, our liquidity and historical and projected cash flow, strategic plan (including alternative uses of capital), our financial results and condition, contractual and legal restrictions on the payment of dividends, general economic and competitive conditions and such other factors as our Board of Directors may consider relevant.