# EXHIBIT 2

| MARK TITLE | ACTUAL TRADEMARK |
|---|---|
| HULK HOGAN | "HULK HOGAN" |
| HULKAMANIA | "HULKAMANIA" |
| HULK | "HULK" |
| HULK'S RULES | "HULK'S RULES" |
| Daniel Bryan "Yes" Design | (image of bearded man with "YES" below) |
| Daniel Bryan "Yes! Yes! Yes!" Design | (red t-shirt with "YES! YES! YES!") |
| Daniel Bryan "Respect the Beard" Design | (white t-shirt with "RESPECT THE BEARD" and beard graphic) |
| The Shield Design | (shield logo with "THE SHIELD" and three dogs) |

| MARK TITLE | ACTUAL TRADEMARK |
|---|---|
| Fandango Design | |
| You Can't See Me Design | |
| CM Punk Design | |
| Rip 'Em Design | |
| The Authority Design | |
| CM Punk Fist Design | |

| MARK TITLE | ACTUAL TRADEMARK |
|---|---|
| Follow The Buzzards Design | (image: "Follow the Wyatt Family / The Buzzards" design with ram/sheep head on flaming background) |
| Haters Hate Me Design | (image: "HATERS ♥ ME" design with red heart) |
| Love Bites Design | (image: "Love Bites" design with spider/heart) |