# EXHIBIT 3

April 2014 (3/20/14)

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | **1** | **2** | **3**<br>WRESTLEMANIA AXXESS<br>LA021 – New Orleans, LA<br>New Orleans Ernest N.<br>Morial Convention Center<br>CMBFF | **4**<br>WRESTLEMANIA AXXESS<br>LA021 – New Orleans, LA<br>New Orleans Ernest N.<br>Morial Convention Center<br>CMBFF | **5**<br>LA017 – New Orleans, LA<br>Smoothie King Center<br>HALL OF FAME<br>Capacity: 11,158<br>8:00PM – TOS 1/18<br><br>WRESTLEMANIA AXXESS<br>LA021 – New Orleans, LA<br>New Orleans Ernest N. Morial<br>Convention Center<br>CMBFF |
| **6**<br>WRESTLEMANIA<br>XXX<br>LA002 – NEW ORLEANS<br>Mercedes Superdome<br>Capacity: 66,524<br>5:30PM – TOS 11/16<br><br>WRESTLEMANIA AXXESS<br>LA021 – New Orleans, LA<br>New Orleans Ernest N. Morial<br>Convention Center<br>CMBFF | **7**<br>LA017 – New Orleans, LA<br>Smoothie King Center<br>Capacity: 12,493<br>RAW TV<br>6:30PM – TOS 12/14 | **8**<br>LA005 – Lafayette, LA<br>Cajundome<br>Capacity: 9,098<br>SMACKDOWN TV<br>7:00PM – TOS 1/18<br>135M from New Orleans<br>(2:13) | **9** | **10** | **11**<br>TALENT OFF | **12**<br>TX066 – Hidalgo, TX<br>State Farm Arena<br>Capacity: 6,784<br>7:30PM – TOS 3/1 |
| **13**<br>TN014 – Chattanooga, TN<br>McKenzie Arena @ UTC<br>Capacity: 8,765<br>5:00PM – TOS 3/1<br>Flight from Hidalgo | **14**<br>AL002 – Birmingham, AL<br>BJCC<br>Capacity: 11,848<br>6:30PM – TOS 2/21<br>148M from Chattanooga<br>(2:13) | **15**<br>TN100 – Nashville, TN<br>Bridgestone Arena<br>Capacity: 12,825<br>SMACKDOWN TV<br>7:00PM – TOS 2/15<br>193M from Birmingham<br>(2:49)<br><br>RED TRAVEL | **16**<br>RED ARRIVE PM | **17**<br>SA031 – Riyadh, Saudi<br>Arabia<br>Green Hall<br>Capacity: 5,708<br>8:15PM – TOS 12/16 | **GOOD FRIDAY   18**<br>SA031 – Riyadh, Saudi<br>Arabia<br>Green Hall<br>Capacity: 5,708<br>8:15PM – TOS 12/16 | **19**<br>SA031 – Riyadh, Saudi<br>Arabia<br>Green Hall<br>Capacity: 5,708<br>8:15PM – TOS 12/16 |
| **20**<br>Easter<br><br>RED TRAVEL | **21**<br>MD002 – Baltimore, MD<br>Baltimore Arena<br>Capacity: 12,656<br>7:30PM – TOS 2/15 | **22**<br>PA252 – Hershey, PA<br>Giant Center<br>Capacity 9,421<br>SMACKDOWN TV<br>7:00PM – TOS 2/15<br>90M from Baltimore (1:30) | **23** | **24**<br>NXT Taping<br>Full Sail University<br>Orlando, FL<br>6:30PM | **25**<br>CN149 – Toronto, ON<br>Ricoh Coliseum<br>Capacity: 7,946<br>7:30PM – TOS 3/1 | **26**<br>KY004 – Louisville, KY<br>Freedom Hall<br>Capacity: 14,055<br>7:30 PM -TOS 3/1<br>Flight from Toronto<br>BMO Harris Bank Center<br>IL008 – Rockford, IL<br>Capacity: 7,116<br>7:30 PM –TOS 3/1 |
| **27**<br>IN034 – Evansville, IN<br>Ford Center<br>Capacity: 10,643<br>5:00PM – TOS 3/1<br>123M from Louisville (1:53)<br><br>IL003 - Peoria, IL<br>Peoria Civic Center<br>Capacity: 8,445<br>5:00PM – TOS 3/1<br>133M from Rockford (2:23) | **28**<br>MO019 – St. Louis, MO<br>Scottrade Center<br>Capacity: 14,384<br>RAW TV<br>6:30PM – TOS 3/1<br>172M from Evansville (2:42)<br>168M from Peoria (2:33) | **29**<br>MO023- Kansas City, MO<br>Sprint Center Arena<br>Capacity: 12,787<br>SMACKDOWN TV<br>7:00PM – TOS 3/1<br>248M from St. Louis (3:59) | **30** | | | |

## May 2014 (3/20/14)

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| **4**<br>EXTREME RULES<br>NJ001 – East Rutherford, NJ<br>IZOD Center<br>Capacity : 14,555<br>7:30PM – TOS 2/22<br>245M from Syracuse (3:47) | **5**<br>NY171 – Albany, NY<br>Times Union Center<br>Capacity: 10,846<br>RAW TV<br>7:30PM – TOS 3/8<br>137M from East Rutherford (2:08) | **6**<br>NY200– Buffalo, NY<br>First Niagara Center<br>Capacity: 13,389<br>SMACKDOWN TV<br>7:00PM – TOS 3/15<br>288M from Albany (4:19) | **7** | **1** | **2**<br>NY102 – Rochester, NY<br>Blue Cross Arena<br>Capacity: 10,683<br>7:30PM – TOS 3/8 | **3**<br>NY103 – Syracuse, NY<br>War Memorial Arena<br>Capacity: 6,484<br>7:30PM – TOS 3/15<br>87M from Rochester (1:24) |
| **Mother's Day 11** | **12**<br>SCO21 – Greenville, SC<br>Bon Secours Wellness Arena<br>Capacity: 9,562<br>RAW TV<br>7:30PM – TOS 3/14 | **13**<br>NC009– Greensboro, NC<br>Greensboro Coliseum<br>Capacity: 12,947<br>SMACKDOWN TV<br>7:00PM – TOS 3/14<br>189M from Greenville (2:54)<br>RED TRAVEL | **14**<br>GB034 – Glasgow, UK<br>Hydro<br>Capacity: 11,409<br>7:30PM – TOS 11/18<br>BLUE TRAVEL | **15**<br>GB011 – Newcastle, UK<br>Newcastle Metro Radio Arena<br>Capacity: 11,000<br>7:30PM – TOS 11/18<br>IT006 – Rome, Italy<br>Palalottomatica<br>Capacity: 9,915<br>8:00PM – TOS 11/29 | **16**<br>GB033 – Leeds, UK<br>Leeds Arena<br>Capacity: 12,136<br>7:30PM – TOS 11/18<br>IT010 – Turin, Italy<br>Palaolimpico<br>Capacity: 11,291<br>8:00PM – TOS 11/29 | **17**<br>GB014 – Nottingham, UK<br>Capital FM Arena<br>Capacity: 8,327<br>7:30PM – TOS 11/18<br>AT011 – Innsbruck, Austria<br>Olympahalle<br>Capacity: 7,314<br>8:00PM – TOS 11/20 |
| **18**<br>GB023 – Cardiff, UK<br>Motorpoint Arena<br>Capacity: 4,826<br>5:00PM – TOS 11/18<br>GB027 – Birmingham, UK<br>The Nia Arena<br>Capacity: 10,154<br>5:00PM – TOS 11/18 | **19**<br>GB030 – London, UK<br>O2 Arena<br>Capacity: 13,968<br>RAW TV<br>7:00PM – TOS 11/18 | **20**<br>GB012 – Sheffield, UK<br>Sheffield Arena<br>Capacity: 8,088<br>7:30PM – TOS 11/18<br>GB030 – London, UK<br>O2 Arena<br>Capacity: 14,091<br>SMACKDOWN TV<br>7:00PM – TOS 11/18 | **21**<br>FR114 – Orchies, France<br>Pueblo Pevele Arena<br>Capacity: 4,800<br>8:00PM – TOS 11/27<br>IE002 – Belfast, UK<br>Odyssey Arena<br>Capacity: 7,061<br>7:30PM – TOS 11/14 | **22**<br>BE003 – Liege, Belgium<br>Country Hill Liege<br>Capacity: 5,728<br>8:00PM – TOS 11/15<br>IE005 – Dublin, Ireland<br>O2 Arena<br>Capacity: 9,253<br>7:30PM – TOS 11/14 | **23**<br>FR007 – Strasbourg, France<br>Zenith<br>Capacity: 4,327<br>8:00PM – TOS 11/27<br>GY054 – Oberhausen, Germany<br>Koenig – Pilsner Arena<br>Capacity: 10,575<br>7:00PM – TOS 11/16 | **24**<br>NL001 – Rotterdam, Netherlands<br>Ahoy Arena<br>Capacity: 11,572<br>5:00PM – TOS 11/29<br>GY065 – Berlin, Germany<br>O2 World<br>Capacity: 7,646<br>6:00PM – TOS 11/16 |
| **25**<br>RED AND BLUE TRAVEL HOME | **Memorial Day 26**<br>TN011 – Knoxville, TN<br>Thompson/Boling Assembly<br>Capacity: 16,604<br>RAW TV<br>7:30PM – TOS 3/29 | **27**<br>GA013 – Atlanta, GA<br>Philips Arena<br>Capacity: 12,679<br>SMACKDOWN TV<br>7:00PM – TOS 3/29<br>214M from Knoxville (3:10) | **28** | **29**<br>NXT Taping<br>Full Sail University<br>Orlando, FL<br>6:30PM | **30** | **31**<br>IL018 – Springfield, IL – CMB<br>Prairie Capital Conv. Center<br>Capacity: 8,487<br>7:30PM – TOS 3/29 |

## June 2014   (3/20/13)

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| **1** WWE Payback IL001 – Chicago, IL Allstate Arena Capacity : 12,967 6:30PM – TOS 3/8 | **2** IN032 – Indianapolis, IN Bankers Life Fieldhouse Capacity: 14,445 7:30PM – TOS 4/12 183M from Chicago (2:49) | **3** OH005 – Cincinnati, OH US Bank Arena Capacity: 11,028 SMACKDOWN TV 7:00PM – TOS 4/12 112M from Indy (1:45) | **4** | **5** | **6** MI001 – Detroit, MI Joe Louis Arena Capacity: 15,875 7:30PM – TOS 3/15 | **7** WI003 – Madison, WI Alliant Energy Center Capacity: 6,438 7:30PM – TOS 4/12 Flight from Detroit NM008 – Las Cruces, NM Pan American Center Capacity: 10,400 7:30PM – TOS 4/12 |
| **8** MN002 – Rochester, MN Mayo Civic Center Capacity: 5,637 5:00PM – TOS 4/12 210M from Madison (3:18) NM011 – Rio Rancho, NM Santa Ana Star Center Capacity: 6,297 5:00PM – TOS 4/12 237M from Las Cruces (3:25) | **9** MN010- Minneapolis, MN Target Center Capacity: 12,971 RAW TV 6:30PM – TOS 3/1 84M from Rochester (1:30) Flight from Rio Rancho | **10** WI031 – Green Bay, WI Resch Center Capacity: 6,130 SMACKDOWN TV 7:00PM- TOS 3/1 278M from Minneapolis (4:23) | **11** | **12** NXT Taping Full Sail University Orlando, FL 6:30PM | **13** MI010 – Saginaw, MI Dow Events Center Capacity: 5,729 7:30PM – TOS 4/12 | **14** MI050 – Grand Rapids, MI Van Andel Arena Capacity: 10,425 7:30PM – TOS 4/12 132M from Saginaw (2:07) ON015 – Hamilton, ON Victor Copps Coliseum Capacity: 11,843 7:30PM – TOS 4/12 |
| **15** FATHERS DAY IN003 – Fort Wayne, IN Allen County Expo Coliseum Capacity: 5,932 5:00PM – TOS 4/12 175M from Grand Rapids (2:33) PA102- Erie, PA Erie Insurance Arena Capacity: 7,500 5:00PM – TOS 4/12 160M from Hamilton (2:42) | **16** OH038 – Cleveland, OH Quickens Loans Arena Capacity: 13,660 RAW TV 7:30PM – TOS 4/19 204M from Fort Wayne (3:19) 102M from Erie (1:42) | **17** OH041 – Columbus, OH Nationwide Arena Capacity: 12,881 SMACKDOWN TV 7:00PM – TOS 4/12 142M from Cleveland (2:17) | **18** | **19** | **20** RI001 – Providence, RI Dunkin Donuts Center Capacity: 9,538 7:30PM – TOS 4/26 | **21** NY100 – Uniondale, NY Nassau Coliseum Capacity: 12,408 7:30PM – TOS 4/26 187M from Providence (3:06) PA251 –Reading, PA Santander Arena Capacity: 6,801 7:30PM – TOS 4/26 |
| **22** PA205 – Philadelphia, PA Wells Fargo Center Capacity: 14,980 5:00PM – TOS 3/29 122M from Nassau (2:11) DE007- Newark, DE Bob Carpenter Center Capacity: 5,625 5:00PM – TOS 4/12 68M from Reading (1:26) | **23** DC005 –Washington, DC Verizon Center Capacity: 14,296 RAW TV 7:30PM – TOS 5/3 136M from Philly (2:25) 95M from Newark (1:47) | **24** PA254 – Pittsburgh. PA CONSOL Energy Center Capacity: 12,861 SMACKDOWN TV 7:00PM – TOS 3/15 245M from DC (3:57) | **25** | **26** | **27** | **28** ME008 – Bangor, ME Cross Insurance Center Capacity: 6,748 7:30PM – TOS 5/10 ME001 – Portland, ME Cumberland County Civic Ctr Capacity: 8,795 7:30PM TOS 5/3 |
| **29** Money In The Bank MA035 – Boston, MA T.D. Garden Capacity: 12,691 7:30PM – TOS 4/12 234M from Bangor (3:38) 107M from Portland (1:42) | **30** CT001 – Hartford, CT XL Center Capacity: 12,235 RAW TV 7:30PM – TOS 5/2 101M from Boston (1:38) | | | | | |

## July 2014   (3/20/14)

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | **July 1**<br>NJ064 – Newark, NJ<br>Prudential Center<br>Capacity: 12,970<br>SMACKDOWN TV<br>7:00PM – TOS 5/17<br>126M from Hartford (2:11) | **2** | **3** | **4**<br>CN223 – Windsor, ON<br>WFCU Centre<br>Capacity: 6,710<br>7:30PM – TOS 4/12 | **5**<br>CN066 – London, ON<br>Budweiser Gardens<br>Capacity: 9,227<br>7:30PM – TOS 4/12<br>118M from Windsor (2:01)<br><br>CO016 – Broomfield, CO<br>First Bank Center<br>Capacity: 7,339<br>7:30PM – TOS |
| **6**<br>CN149- Toronto, ON<br>Ricoh Coliseum<br>Capacity: 8,004<br>7:00PM – TOS<br>120M from London (2:01)<br><br>CN148 – Kingston, ON<br>K Rock Centre<br>Capacity: 6,018<br>7:00PM – TOS<br>Flight from Denver | **7**<br>CN133 – Montreal, QC<br>Bell Centre<br>Capacity: 13,591<br>RAW TV<br>7:30PM – TOS<br>337M from Toronto (5:12)<br>180M from Kingston (2:54) | **8**<br>CN132 – Ottawa, ON<br>Canadian Tire Centre<br>Capacity: 13,280<br>SMACKDOWN TV<br>7:00PM – TOS<br>124M from Montreal (2:00) | **9**<br>RED TRAVEL | **10**<br>JP010 – Tokyo, Japan<br>Ryoguku Arena<br>Capacity: 6,550<br>7:00PM – TOS 4/26<br><br>NXT Taping<br>Full Sail University<br>Orlando, FL<br>6:30PM | **11**<br>JP010 – Tokyo, Japan<br>Ryoguku Arena<br>Capacity: 6,550<br>7:00PM – TOS 4/26 | **12**<br>JP011 –Osaka, Japan<br>Maishima Areνα<br>Capacity: 13,456<br>5:00PM – TOS 4/26<br><br>NYC01 – New York, NY<br>MSG<br>Capacity: 12,709<br>7:30PM – TOS 5/10 |
| **13**<br>RED TRAVEL<br><br>NJ061 – Wildwood, NJ<br>Wildwood Convention Center<br>Capacity: 7,188<br>7:00PM – TOS<br>155M from MSG (2:34) | **14**<br>VA002 – Richmond, VA<br>The Coliseum<br>Capacity: 8,742<br>RAW TV<br>7:30PM – TOS 5/17<br>294M from Wildwood (5:03) | **15**<br>NC020 – Fayetteville, NC<br>Crown Coliseum<br>Capacity: 9,364<br>SMACKDOWN TV<br>7:00PM – TOS 5/16<br>209M from Richmond (3:01) | **16** | **17** | **18**<br>FL006 – Pensacola, FL<br>The Pensacola Civic Center<br>Capacity: 8,303<br>7:30PM – TOS 5/17 | **19**<br>FL019 – Tallahassee, FL<br>Tallahassee Loon Civic Center<br>Capacity: 11,624<br>7:30PM – TOS 5/16<br>196m from Pensacola (2:48) |
| **20**<br>**WWE Battleground**<br>FL050 – Tampa, FL<br>Tampa Bay Times<br>Forum<br>Capacity : 14,223<br>7:30PM – TOS 4/26<br>275M from Tallahassee (3:56) | **21**<br>FL054 – Miami, FL<br>American Airlines Arena<br>Capacity: 12,982<br>RAW TV<br>7:30PM – TOS<br>279M from Tampa (4:01) | **22**<br>FL066 – Orlando, FL<br>Amway Center<br>Capacity: 11,867<br>SMACKDOWN TV<br>7:00PM – TOS<br>234M from Miami (3:19) | **23** | **24** | **25**<br>OK014 – Tulsa, OK<br>BOK Center<br>Capacity: 12,715<br>7:30PM – TOS | **26**<br>OK013 – Oklahoma City, OK<br>Chesapeake Energy Arena<br>Capacity: 12,062<br>7:30PM – TOS<br>106M from Tulsa (1:37)<br><br>CN010 – Edmonton, AB<br>Rexall Place<br>Capacity: 13,310<br>7:30PM – TOS |
| **27**<br>TX058 – Dallas, TX<br>American Airlines Center<br>Capacity: 13,262<br>7:00PM – TOS<br>206M from OKC (3:05)<br><br>CN028 – Calgary, AB<br>Scotiabank Saddledome<br>Capacity: 12,006<br>7:00PM – TOS<br>185M from Edmonton (2:57) | **28**<br>TX065 – Houston, TX<br>Toyota Center<br>Capacity: 11,588<br>RAW TV<br>6:30PM – TOS<br>239M from Dallas (3:26)<br>Flight from Calgary | **29**<br>TX069 – Corpus Christi<br>American Bank Center<br>Capacity: 7,636<br>SMACKDOWN TV<br>7:00PM – TOS<br>211M from Houston (3:14) | **30** | **31**<br>NXT Taping<br>Full Sail University<br>Orlando, FL<br>6:30PM | | |

## August 2014  (3/20/14)

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| | | | | | **1**<br>RED OFF | **2**<br>RED OFF<br><br>TX052 – Lubbock, TX<br>United Spirit Arena<br>Capacity: 14,571<br>7:30PM – TOS |
| **3**<br>TX022 – San Antonio, TX<br>Freeman Coliseum<br>Capacity: 10,194<br>7:00PM – TOS<br><br>TX029 – San Angelo, TX<br>Fosters Communication Center<br>Capacity: 6,396<br>7:00PM- TOS<br>184M from Lubbock (3:00) | **4**<br>**TX035 – Austin, TX**<br>**Frank Erwin Center**<br>**Capacity: 12,553**<br>RAW TV<br>6:30PM – TOS<br>79M from San Antonio(1:17)<br>205M from San Angelo<br>(3:27) | **5**<br>TX061 – Laredo, TX<br>Laredo Energy Arena<br>**Capacity: 7,951**<br>SMACKDOWN TV<br>7:00PM – TOS<br>235M from Austin (3:31)<br><br>RED TRAVEL | **6** | **7**<br>AU002–Melbourne, Australia-R<br>Rod Laver Arena<br>Capacity: 14,196<br>7:30PM – TOS 12/17 | **8**<br>AU003–Sydney, Australia-R<br>Allphones Arena<br>Capacity: 17,252<br>7:30PM – TOS 12/17 | **9**<br>AU010–Perth, Australia-R<br>Perth Arena<br>Capacity: 13,950<br>7:30PM – TOS 12/17<br><br>CN224 – Abbotsford, BC<br>Abbotsford Entertainment &<br>Sports Complex<br>Capacity: 8,000<br>7:30PM – TOS |
| **10**<br>RED TRAVEL<br><br>WA012 – Yakima, WA<br>Sundome<br>Capacity: 7,350<br>7:00PM –TOS<br>253M from Abbotsford (4:10) | **11**<br>OR010 – Portland, OR<br>Moda Center<br>**Capacity: 14,074**<br>RAW TV<br>4:30PM –TOS<br>185M from Yakima (3:08) | **12**<br>WA007 – Seattle, WA<br>Key Arena<br>**Capacity: 10,935**<br>SMACKDOWN TV<br>7:00PM–TOS<br>174M from Portland (2:43) | **13** | **14** | **15**<br>NV012 – Reno, NV<br>Reno Sparks Events Center<br>Capacity: 5,805<br>7:30PM – TOS | **16**<br>CA059 – San Jose, CA<br>SAP Center<br>**Capacity: 12,298**<br>5:00PM – TOS<br>248M from Reno (3:50) |
| **17**<br>**SUMMERSLAM**<br>CA084 – Los Angeles, CA<br>Staples Center<br>**Capacity: 13,752**<br>4:30PM – TOS 3/15<br>337M from San Jose (4:52)<br>or Flight | **18**<br>NV013 – Las Vegas, NV<br>Mandalay Bay Events Center<br>**Capacity: 8,179**<br>RAW TV<br>4:30PM –TOS<br>277M from LA (4:09) | **19**<br>AZ013 – Phoenix, AZ<br>US Airways Center<br>**Capacity: 12,172**<br>SMACKDOWN TV<br>7:00PM – TOS<br>287M from Las Vegas (4:34) | **20** | **21** | **22**<br>CA090 – Stockton, CA<br>Stockton Arena<br>**Capacity: 11,193**<br>7:30PM – TOS | **23**<br>CA019 – Sacramento, CA<br>Sleep Train Arena<br>**Capacity: 13,315**<br>7:30PM – TOS<br>48M from Stockton (:49)<br><br>CA003 – San Diego, CA<br>Valley View Casino Center<br>**Capacity: 10,931**<br>7:30PM – TOS |
| **24**<br>CA189 – Fresno, CA<br>Save Mart Center<br>**Capacity: 10,611**<br>7:00PM – TOS<br>172M from Sacramento (2:40)<br><br>CA083 – Bakersfield, CA<br>Rabobank Arena<br>**Capacity: 8,427**<br>7:00PM – TOS<br>232M from San Diego (3:37) | **25**<br>CA058 – Anaheim, CA<br>Honda Center<br>**Capacity: 11,240**<br>RAW TV<br>4:30PM –TOS<br>245M from Fresno (3:44)<br>138M from Bakersfield<br>(2:12) | **26**<br>CA189 – Ontario, CA<br>Citizens Bank Arena<br>**Capacity: 9,747**<br>SMACKDOWN TV<br>7:00PM – TOS<br>29M from Anaheim (:36) | **27** | **28** | **29**<br>TALENT OFF | **30**<br>TALENT OFF |
| **31**<br>TALENT OFF | | | | | | |

## September 2014  (3/19/14)

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | **LABOR DAY 1** IA021 – Des Moines, IA Wells Fargo Arena Capacity: 12,876 RAW TV 6:30PM – TOS | **2** NE003 – Omaha, NE CenturyLink Center Capacity: 13,541 SMACKDOWN TV 7:00PM – TOS 139M from Des Moines (2:07) | **3** | **4** | **5** IN018 – Terre Haute, IN Hulman Center Capacity: 8,587 7:30PM – TOS | **6** OH036 – Dayton, OH Wright State Nutter Cener Capacity: 7:30PM – TOS 193M from Terre Haute (2:53) VA009 – Hampton, VA Hampton Coliseum Capacity: 7,490 7:30PM – TOS |
| **7** PA201 – State College, PA Bryce Jordan Center Capacity: 11,193 5:00PM – TOS Flight from Dayton MD003 – Salisbury, MD WYCC Capacity: 5,775 5:00PM – TOS 141M from Hampton (2:35) | **8** MD002 – Baltimore, MD Baltimore Arena Capacity: 10,982 RAW TV 7:30PM – TOS 165M from State College 110M from Salisbury (2:07) | **9** PA250 – Wilkes Barre, PA Mohegan Sun Arena @ CP Capacity: 8,244 SMACKDOWN TV 7:00PM 183M from Baltimore (2:56) | **10** | **11** NXT Taping Full Sail University Orlando, FL 6:30PM | **12** CT049 – Bridgeport, CT Webster Bank Arena Capacity: 7,631 7:30PM – TOS | **13** MA003 – Springfield, MA Mass Mutual Center Capacity: 8,527 7:30PM – TOS 80M from Bridgeport (1:17) MS002 – Jackson, MS Mississippi St. Fair Coliseum Capacity: 8,680 7:30PM – TOS |
| **14** MA035 – Boston, MA TD Garden Capacity: 13,387 5:00PM – TOS 91M from Boston (1:29) LA004 – Monroe, LA Monroe Civic Center Capacity: 6,766 5:00PM – TOS 119M from Jackson (1:47) | **15** LA005 – Lafayette, LA Cajundome Capacity: 8,980 RAW TV 6:30PM – TOS Flight from Boston 184M from Monroe (2:52) | **16** MS001 – Biloxi, MS MS Coast Coliseum Capacity: 8,723 SMACKDOWN TV 7:00PM – TOS 202M from Lafayette (3:02) | **17** | **18** | **19** WV005 – Charleston, WV Charleston Civic Center Capacity: 12,788 7:30PM – TOS | **20** KY002 – Lexington, KY Rupp Arena Capacity: 19,057 7:30PM – TOS 175M from Charleston (2:43) IN034 – Evansville, IN Ford Center Capacity: 9,283 7:30PM – TOS |
| **21** NIGHT OF CHAMPIONS TN100 – Nashville, TN Bridgestone Arena Capacity: 13,149 6:30PM – TOS 213M from Lexington (3:16) 153M from Evansville (2:18) | **22** TN024 – Memphis, TN FedEx Forum Capacity: 12,660 RAW TV 6:30PM – TOS 212M from Nashville (3:05) | **23** AR008 – Little Rock, AR Verizon Arena Capacity: 14,633 SMACKDOWN TV 7:00PM – TOS 137M from Memphis (2:04) | **24** | **25** NXT Taping Full Sail University Orlando, FL 6:30PM | **26** NJ001 – East Rutherford, NJ IZOD Center Capacity: 16,864 7:30PM – TOS | **27** NJ044 – Atlantic City, NJ Atlantic City Boardwalk Hall Capacity: 11,038 7:30PM – TOS 128M from Izod (2:01) OH045 – Youngstown, OH Covelli Centre Capacity: 6,527 7:30PM – TOS |
| **28** IL030 – Moline, IL iWireless Center Capacity: 9,452 5:00PM – TOS Flight from AC OH049 – Toledo, OH Huntington Center Capacity: 6,656 5:00PM – TOS 173M from Youngstown (2:35) | **29** IL001 – Chicago, IL Allstate Arena Capacity: 12,887 RAW TV 6:30PM – TOS 169M from Moline (2:42) 246M from Toledo (3:42) | **30** WI017-Milwaukee, WI BMO Bank Bradley Center Capacity: 13,384 SMACKDOWN TV 7:00PM – TOS 92M from Chicago (1:33) | | | | |

## October 2014   (3/11/14)

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | **1** | **2** | **3**<br>CN149 – Toronto, ON<br>Ricoh Coliseum<br>Capacity: 8,004<br>7:30PM - TOS | **4**<br>RI001 – Providence, RI<br>Dunkin Donuts Center<br>Capacity: 9,538<br>7:30PM – TOS<br>Flight from Toronto<br>NJ060 – Trenton, NJ<br>Sun National Bank Center<br>Capacity: 7,719<br>7:30PM –TOS |
| **5**<br>NY109 – White Plains, NY<br>Westchester County Center<br>Capacity: 4,224<br>5:00PM – TOS<br>156M from Providence (2:31)<br>PA – Allentown, PA<br>PPL Center<br>Capacity: 9,000<br>5:00PM – TOS<br>83M from Trenton (1:29) | **6**<br>NY811 – Brooklyn, NY<br>Barclays Center<br>Capacity: 14,449<br>RAW TV<br>7:30PM – TOS<br>37M from White Plains (:56)<br>90M from Bethlehem (1:44) | **7**<br>PA205 – Philadelphia<br>Wells Fargo Center<br>Capacity: 15,913<br>SMACKDOWN TV<br>7:00PM – TOS<br>100M from Brooklyn (1:48) | **8**<br>RED TRAVEL | **9** | **10**<br>MY- Kuala Lumpur, Malaysia<br>Putra Indoor Stadium<br>Capacity:16,000<br>7:00PM – TOS | **11**<br>MY- Kuala Lumpur, Malaysia<br>Putra Indoor Stadium<br>Capacity:16,000<br>7:00PM – TOS |
| **12**<br>RED TRAVEL<br>GA007 – Columbus, GA<br>Columbus Civic Center<br>Capacity: 8,470<br>5:00PM – TOS<br>243M from Huntsville (4:01) | **13**<br>GA013 – Atlanta, GA<br>Philips Arena<br>Capacity: 14,249<br>RAW TV<br>7:30PM – TOS<br>107M from Columbus (1:41) | **14**<br>AL002 – Birmingham, AL<br>BJCC<br>Capacity: 11,735<br>SMACKDOWN TV<br>7:00PM – TOS<br>147M from Atlanta (2:15) | **15**<br>BLUE TRAVEL<br><br>Botega, Columbia<br>Coliseo Cubierto El Campin<br>Capacity: 8,000<br>8:30PM – TOS | **16**<br>EC001 – Quito, Ecuador<br>Coliseo General Ruminahui<br>Capacity: 15,336<br>8:30PM – TOS | **17**<br>CN133- Montreal, QC<br>Bell Centre<br>Capacity: 16,591<br>7:30PM - TOS<br>MX001- Mexico City, Mexico<br>Arena Ciudad De Mexico<br>Capacity: 18,688<br>8:30PM – TOS | **18**<br>CN003 – Quebec City, QC<br>Colisee Pepsi<br>Capacity: 15,176<br>7:30PM – TOS<br>155M from Montreal (2:33)<br>MX002-Monterrey,Mexico<br>Arena Monterrey<br>Capacity: 11,448<br>7:00PM – TOS |
| **19**<br>KS003 – Topeka, KS<br>Landon Arena<br>Capacity: 7,102<br>5:00PM – TOS<br>Flight from Quebec City<br><br>BLUE TRAVEL | **20**<br>MO023 – Kansas City<br>Sprint Center<br>Capacity: 12,886<br>RAW TV<br>6:30PM – TOS<br>65M from Topeka (1:00) | **21**<br>KS011 – Wichita, KS<br>Intrust Bank Arena<br>Capacity: 13,750<br>SMACKDOWN TV<br>7:00PM – TOS<br>199M from KC (2:48) | **22** | **23**<br>NXT Taping<br>Full Sail University<br>Orlando, FL<br>6:30PM | **24** | **25**<br>TALENT IN DALLAS |
| **26**<br>Hell in a Cell<br>TX058 – Dallas, TX<br>American Airlines Center<br>Capacity : 13,262<br>7:30PM – TOS | **27**<br>TX035 – Austin, TX<br>Frank Erwin Center<br>Capacity: 12,553<br>RAW TV<br>6:30PM – TOS<br>196M from Dallas (3:00) | **28**<br>TX065 – Houston, TX<br>Toyota Center<br>Capacity: 11,588<br>SMACKDOWN TV<br>7:00PM – TOS<br>165M from Austin (2:33) | **29** | **30** | **HALLOWEEN 31** | |

## November 2014 (2/4/14)

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| | | | | | | **1** |
| **2**<br>NY103 – Syracuse, NY<br>War Memorial Arena<br>Capacity: 6,464<br>5:00PM –TOS | **3**<br>NY200 – Buffalo, NY<br>First Niagara Center<br>Capacity: 13,625<br>RAW TV<br>7:30PM –TOS<br>149M from Syracuse (2:11)<br>199M from Binghanton<br>(3:22) | **4**<br>NY171 – Albany, NY<br>Times Union Center<br>Capacity: 11,005<br>SMACKDOWN TV<br>7:00PM –TOS<br>239M from Buffalo (4:28) | **5**<br>GB022 – London, UK<br>Wembley Arena<br>Capacity: 9,514<br>7:00PM – TOS | **6**<br>GB023 – Cardiff, UK<br>Motorpoint Arena<br>Capacity: 4,863<br>7:00PM –TOS | **7**<br>GB031 – Birmingham, UK<br>LG Arena<br>Capacity: 12,384<br>7:00PM –TOS | **8**<br>GB013 – Manchester, UK<br>Phones 4u Arena<br>Capacity: 13,516<br>7:00PM – TOS |
| NY107 – Binghamton, NY<br>Broome County Memorial Center<br>Capacity: 5,372<br>5:00PM –TOS | | RED TRAVEL | BLUE TRAVEL | IE005 – Dublin, Ireland<br>O2 Arena<br>Capacity: 9,253<br>7:00PM –TOS | IE002 – Belfast, UK<br>Odyssey Arena<br>Capacity: 9,060<br>7:00PM –TOS | GB028 – Minehead, UK<br>Arena @ Butlins<br>Capacity: 5,598<br>7:00PM –TOS |
| **9**<br>GB014 – Nottingham, UK<br>Capital FM Arena<br>Capacity: 8,311<br>7:00PM –TOS | **10**<br>GB029 – Liverpool, UK<br>Echo Arena Liverpool<br>Capacity: 8,402<br>7:00PM –TOS | **11**<br>GB036 – Brighton, UK<br>Brighton Centre<br>Capacity: 7,000<br>7:00PM –TOS | **12**<br>FR001 – Paris, France<br>Palais Omnisports Paris Bercy<br>Capacity: 13,591<br>7:00PM –TOS | **13**<br>ES012 – Madrid, Spain<br>Palacio Vistalegre<br>Capacity: 12,398<br>7:00PM –TOS | **14**<br>IT001 – Milan, Italy<br>Mediolanum Forum<br>Capacity:10,614<br>7:00PM –TOS | **15**<br>IT007 – Bolzano, Italy<br>Bolzano Palanoda<br>Capacity: 7,909<br>7:00PM – TOS |
| GB033 – Leeds, UK<br>Leeds Arena<br>Capacity: 11,994<br>7:00PM –TOS | GB035 – Bournemouth, UK<br>Bournemouth Int'l Centre<br>Capacity: 7,000<br>7:00PM – TOS | GB029 – Liverpool, UK<br>Echo Arena Liverpool<br>Capacity: 8,402<br>SMACKDOWN TV<br>7:00PM –TOS | GB011 – Newcastle, UK<br>Newcastle Metro Radio Arena<br>Capacity: 7,526<br>7:00PM –TOS | GB034 – Glasgow, UK<br>Hydro<br>Capacity: 5,050<br>7:00PM –TOS | GY064 – Braunschweig<br>Germany<br>Volkswagen Hale<br>Capacity: 7,965<br>7:00PM –TOS | GY004 – Frankfurt, Germany<br>Festhalle<br>Capacity: 6,593<br>7:00PM –TOS |
| **16**<br><br>RED AND BLUE<br>TRAVEL HOME | **17**<br>VA003 – Roanoke, VA<br>Roanoke Civic Center<br>Capacity: 6,701<br>7:30PM –TOS | **18**<br>TN011 – Knoxville, TN<br>Thompson/Boling Arena<br>Capacity: 16,604<br>SMACKDOWN TV<br>7:00PM –TOS<br>255M from Roanoke (3:48) | **19** | **20** | **21** | **22** |
| **23**<br>**Survivor Series**<br>MO019 – St. Louis, MO<br>Scottrade Center<br>Capacity : 15,569<br>6:30PM –TOS | **24**<br>IN032– Indianapolis, IN<br>Bankers Life Fieldhouse<br>Capacity: 14,445<br>RAW TV<br>7:30PM –TOS<br>243M from St. Louis (3-47) | **25**<br>IN003 – Fort Wayne,IN<br>Allen County Civic Ctr<br>Capacity: 7,932<br>SMACKDOWN TV<br>7:00PM –TOS<br>130M from Indianapolis<br>(2:01) | **26** | **Thanksgiving 27** | **28** | **29** |
| **30**<br>TX067 – Wichita Falls, TX<br>Kay Yeager Coliseum<br>Capacity: 6,745<br>5:00PM –TOS | | | | | | |
| MO008 – Springfield, MO<br>JQH Arena<br>Capacity: 8,950<br>5:00PM –TOS | | | | | | |

## December 2014  (3/19/14)

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | **1** OK014 – Tulsa, OK BOK Center Capacity: 12,715 6:30PM – TOS 244M from Wichita Falls (3:32) 181M from Springfield (2:42) | **2** OK013 –Oklahoma City Chesapeake Energy Arena Capacity: 12,062 SMACKDOWN TV 7:00PM – TOS 106M from Tulsa (1:37) | **3** | **4** | **5** GA002 – Augusta, GA Augusta Entertainment Complex Capacity: 7,300 7:30PM - TOS | **6** SCO22 – Columbia, SC Colonial Life Arena Capacity: 11,874 7:30PM - TOS 76M from Augusta (1:11) VA011 – Fairfax, VA Patriot Center Capacity: 8,088 7:30PM –TOS |
| **7** NC026 –Charlotte, NC Time Warner Cable Arena Capacity: 14,650 7:30PM –TOS 93M from Columbia (1:25) VA014 – Charlottesville, VA John Paul Jones Arena Capacity: 12,477 5:00PM – TOS 101M from Fairfax (1:57) | **8** NC009 – Greensboro, NC Greensboro Coliseum Capacity: 22,488 RAW TV 7:30PM – TOS 92M from Charlotte (1:26) 180M from Charlottesville (2:56) | **9** SC021 – Greenville, SC Bon Secours Wellness Arena Capacity: 10,131 7:00PM – TOS 189M from Greensboro (2:52) | **10** TRIBUTE TO THE TROOPS | **11** | **12** | **13** TALENT OFF |
| **14** TLC: Tables, Ladders and Chairs OH038 – Cleveland, OH Quickens Loans Arena Capacity: 14,481 6:30PM - TOS | **15** MI001 – Detroit, MI Joe Louis Arena Capacity: 14,484 RAW TV 7:30PM –TOS 169M from Cleveland (2:38) | **16** MI050 – Grand Rapids Van Andel Arena Capacity: 10,425 SMACKDOWN TV 7:00PM – TOS 158M from Detroit (2:18) | **17** | **18** | **19** | **20** |
| **21** IA014 – Sioux City, IA Tyson Events Center Capacity: 6,266 SMACKDOWN TV 7:00PM – TOS | **22** MN010 – Minneapolis, MN Target Center Capacity: 14,938 RAW TV 6:30PM – TOS 277M from Sioux City (4:41) | **23** | **24** | **25** CHRISTMAS | **26** IL001 – Chicago, IL Allstate Arena Capacity: 13,177 7:30PM – TOS NYC01 - New York, NY MSG Capacity: 12,709 7:30PM - TOS | **27** OH005 – Cincinnati, OH US Bank Arena Capacity: 11,028 7:30PM – TOS 296M from Chicago (4:28) NY100 – Uniondale, NY Nassau Coliseum Capacity: 12,408 7:30PM – TOS 28M from MSG (:42) |
| **28** PA254 – Pittsburgh, PA CONSOL Energy Center Capacity: 13,010 7:30PM –TOS 228M from Cincinnati (4:23) PA252 – Hershey, PA Giant Center Capacity: 8,777 7:30PM – TOS 198M from Nassau (3:19) | **29** DC005 – Washington, DC Verizon Center Capacity: 14,296 RAW TV 7:30PM – TOS 245M from Pittsburgh(3:57) VA002 – Richmond, VA The Coliseum Capacity: 8,732 7:30PM –TOS 232M from Hershey (3:44) | **30** CA084 – Los Angeles, CA Staples Center Capacity: 14,240 7:30PM – TOS Flight from DC VA005 – Norfolk, VA Norfolk Scope Arena Capacity: 8,288 SMACKDOWN TV 7:00PM –TOS 93M from Richmond (1:35) | **31** | | | |

## January 2015   (2/27/14)

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 TX066 – Hidalgo, TX State Farm Arena Capacity: 6,945 5:00PM – A 9/22/13 – Sun **96%** TX064 – Beaumont, TX Ford Arena Capacity: 7,422 5:00PM – C 5/11/13 –Sat **82%** | 5 TX069 – Corpus Christi, TX American Bank Center Arena Capacity: 8,670 5:00PM – TOS RAW TV 161M from Hidalgo (2:34) 292M from Beaumont (4:23) 12/19/13 – Thu **71%** | 6 TX061 – Laredo, TX Laredo Energy Arena Capacity: 9,163 7:00PM – TOS SMACKDOWN TV 144M from Corpus Christi (2:32) 3/22/13 –Tue **98%** | 7 | 8 | 9 TN014 – Chattanooga McKenzie Arena Capacity: 8,144 7:30PM – C 2/1/13 - Fri **73%** | 10 AL008 – Montgomery, AL Garrett Coliseum Capacity: 8,671 7:30PM – C 2/12/13 – Sat **69%** 235M from Chattanooga (3:23) 5/10/13 –Fri **68%** |
| 11 AL005 – Mobile, AL Mobile Civic Center Capacity: 8,531 5:00PM – C 169M from Montgomery (2:22) 6/21/13 - Fri **52%** LA012 – Lake Charles, LA Lake Charles Civic Center Capacity: 7,365 5:00PM – C 188M from Shreveport (3:07) 5/27/12 – Sun **42%** | 12 LA017 – New Orleans, LA New Orleans Arena Capacity: 13,994 6:30PM – TOS RAW TV 145M from Mobile (2:06) 205M from Lake Charles (3:05) 2/17/13 – Sun **100%** | 13 LA001 – Baton Rouge, LA Baton Rouge Civic Center Capacity: 12,813 7:00PM – TOS SMACKDOWN TV 80M from New Orleans (1:19) 10/1/13 – Tue **53%** | 14 | 15 | 16 MO019 – St. Louis, MO Scottrade Center Capacity: 14,569 7:30PM – A 1/17/14 - Fri **41%** | 17 TX019 – Abilene, TX Taylor County Coliseum Capacity: 6,967 7:30PM – A Flight from St. Louis 9/29/12- Sat **44%** TX053 – College Station, TX Reed Arena Capacity: 11,543 7:30PM – C 2/24/13 - Sun **32%** |
| 18 TX059 – Dallas, TX American Airlines Center Capacity: 13,262 5:00 – A 181M from Abilene (2:43) 12/16/13 –Sat **73%** TX035– Austin, TX Frank Erwin Center Capacity: 11,138 5:00PM – B 107M from College Station (1:47) 12/17/13 – Tue **56%** | 19 TX065 – Houston, TX Toyota Center Capacity: 11,588 6:30PM – A RAW TV 239M from Dallas (3:26) 80M from Austin (1:18) 12/15/13- Sun **100%** | 20 TX062 – San Antonio, TX AT&T Center Capacity: 12,786 7:00PM – A SMACKDOWN TV 193M from Houston (2:50) 12/18/13- Wed **47%** | 21 | 22 | 23 | 24 NJ001 – East Rutherford IZOD Capacity: 18,477 7:30PM – A 8/7/13 - Sat **52%** NJ060 – Trenton, NJ Sun National Bank Center Capacity: 9,619 7:30PM – A 7/13/13 -Sat **69%** |
| 25 ROYAL RUMBLE PA205 –Philadelphia, PA Wells Fargo Center Capacity: 15,913 7:30PM – A 99M from IZOD (1:40) 33M from Trenton (:37) 1/7/14 –Tue **79%** | 26 CT001 – Hartford, CT XL Center Capacity: 12,483 7:30PM – A RAW TV 212M from Philadelphia (3:35) 12/27/13- Fri **66%** | 27 MA035 – Boston, MA TD Garden Capacity: 13,837 7:00PM – A SMACKDOWN TV 102M from Hartford (1:40) 11/24/13- Sun **96%** | 28 | 29 | 30 TX037 – El Paso, TX El Paso County Coliseum Capacity: 7,800 7:30PM – B 7/7/12- Sat **54%** | 31 NM001 – Albuquerque, NM Tingley Coliseum Capacity: 11,571 7:30PM – B 266M from El Paso (3:42) 3/5/11-Sat **55%** CN010 – Edmonton, AB Rexall Place Capacity: 13,310 7:30PM – B+ 5/7/13 –Tue **53%** |

## February 2015   (3/12/14)

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| **1** CO014 – Loveland, CO Budweiser Events Center Capacity: 5,628 5:00PM – C Flight from Albuquerque 3/10/13 - Sun   69% Scotiabank Saddledome Capacity: 12,004 5:00PM – B+ 185M from Edmonton (3:00) 5/27/13- Mon   65% | **2** CO013 – Denver, CO Pepsi Center Capacity: 14,339 5:30PM – A RAW TV 56M from Loveland (1:10) Flight from Calgary 9/27/13 - Fri   41% | **3** CO010 – Colorado Springs World Arena Capacity: 7,557 7:00PM – C SMACKDOWN TV 70M from Denver (1:15) 3/8/13 - Fri   72% | **4** RED TRAVEL | **5** AEO03 Abu Dhabi, UAE Zayed Sports City Tennis Stadium Capacity 5,901 7:30PM – TOS BLUE TRAVEL | **6** AEO03 Abu Dhabi, UAE Zayed Sports City Tennis Stadium Capacity 5,901 7:30PM – TOS | **7** AEO03 Abu Dhabi, UAE Zayed Sports City Tennis Stadium Capacity 5,901 7:30PM – TOS ADD LIVE EVENT |
| **8** RED TRAVEL  ADD LIVE EVENT | **9** OH – Columbus, OH Schottenstein Center Capacity: 13,000 SMACKDOWN TV 7:30PM – A 1/19/14 - Sun   37% | **10** OH036 – Dayton, OH Wright State Nutter Center Capacity: 9,676 SMACKDOWN TV 7:00PM – A 72M from Columbus (1:15) 1/20/14- Mon   73% | **11** | **12** **ABU DHABI** | **13** **ABU DHABI** SC007 – North Charleston, SC. North Charleston Coliseum Capacity 9,727 7:30PM – B 2/28/14 - Fri   50% | **14** **ABU DHABI** FL003 – Jacksonville, FL Veterans Memorial Arena Capacity: 10,610 7:30PM – C 298M from N. Charleston (5:42) 6/9/13 - Sun   42% FL – Miami, FL Bank United Center Capacity: 7,000 7:30PM – A 1/31/14 - Fri   40% |
| **15** GA008 – Albany, GA Albany Civic Center Capacity: 10,210 5:00PM – C 206M from Jacksonville (3:05) 6/23/13 -Sun   44% FL055 – Fort Myers, FL Germain Arena Capacity: 8,175 5:00PM – B 149M from Miami (2:04) 12/16/13 - Fri   66% | **16** FL026 – Orlando, FL Amway Center Capacity: 13,000 RAW TV 7:30PM – A 298M from Albany, GA (4:21) 167M from Ft. Myers (2:54) 2/1/14 – Sat   59% | **17** FL050 – Tampa, FL Tampa Bay Times Forum Capacity: 14,223 7:00PM – B 235M from Orlando (3:22) 10/29/13 - Tue   37% | **18** | **19** | **20** TALENT OFF | **21** TALENT OFF |
| **22** ELIMINATION CHAMBER TN024 – Memphis, TN FedEx Forum Capacity: 12,660 6:30PM – B 213M from Memphis (3:15) 11/18/13 - Mon   74% | **23** TN100 – Nashville, TN Bridgestone Arena Capacity: 13,149 RAW TV 6:30PM – B+ 213M from Memphis (3:15) 11/18/13 - Mon   74% | **24** GA013 – Atlanta, GA Philips Arena Capacity: 14,349 SMACKDOWN TV 7:00PM – A 249M from Nashville (3:39) 11/19/13 - Tue   46% | **25** | **26** | **27** NYC01 – New York, NY MSG Capacity: 12,709 7:30PM – A 12/26/13 - Thu   91% **SOUTHEAST ASIA** | **28** CT049 – Bridgeport, CT Webster Bank Arena Capacity: 7,631 7:30PM – A 61M from MSG (1:15) 3/15/13 - Fri   100% CN149- Toronto, ON Ricoh Coliseum Capacity: 8,004 7:30PM – A 12/30/13 - Mon   91% **SOUTHEAST ASIA** |

March 2015  (3/12/14)

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| **1** NY100 – Uniondale, NY Nassau Coliseum Capacity: 12,408 5:00PM – A 59M from MSG (1:18) 52% 11/25/13 - Mon NY200 – Buffalo, NY First Niagara Center Capacity: 19,625 5:00PM – B 28% Flight from Toronto 1/11/14- Sat **SOUTHEAST ASIA** | **2** NJ064 – Newark, NJ Prudential Center Capacity: 12,970 7:30PM – A 36M from Newark (1:02) 66% Flight from Buffalo 12/20/13-Fri | **3** DC005 – Washington, DC Verizon Center Capacity: 14,296 SMACKDOWN TV 7:00PM – A 259M from Nassau (4:20) 56% 12/29/13 – Sun | **4** |  **5** |  **6** NY102 – Rochester, NY Blue Cross Arena Capacity: 10,733 7:30PM – B 10/5/13 – Sat 53% | **7** NY103 – Syracuse, NY War Memorial Arena Capacity: 6,484 7:30PM – B 88M from Rochester (1:21) 57% 10/4/13-Fri PA102 – Erie, PA Erie Insurance Arena Capacity: 6,532 7:30PM – B 55% 6/28/13-Fri |
| **8** NY107 – Binghamton, NY Broome County Memorial Capacity: 5,372 5:00PM – C 73M from Syracuse (1:08) 91% 3/17/13-Sun OH045 – Youngstown, OH Covelli Center Capacity: 6,927 5:00PM – B 69% 127M from Ft. Wayne (2:25) 5/3/13-Fri 74% | **9** PA254 – Pittsburgh, PA CONSOL Energy Center Capacity: 13,910 RAW TV 7:30PM – A 318M from Binghamton (4:58) 69% from Youngstown (1:97) 1/26/14- Sun 97% | **10** MI001 – Detroit, MI Joe Louis Arena Capacity: 14,484 SMACKDOWN TV 7:00PM – A 285M from Pittsburgh (4:15) 51% 12/28/13-Sat | **11** | **12** | **13** OR005 – Eugene, OR Matthew Knight Arena Capacity: 8,943 7:30PM – D 2/26/12-Sun 55% | **14** OR010 – Portland, OR Moda Center Capacity: 14,074 7:30PM – B 111M from Eugene (1:45) 44% 12/10/13- Tue WI003- Madison, WI Alliant Energy Center Capacity: 10,230 7:30PM - C 9/2/12 – Sun 43% |
| **15** WA007 – Seattle, WA Key Arena Capacity: 10,935 5:00PM – B 175M from Portland (2:45) 72% 12/19/13 –Mon IA009 – Cedar Rapids, IA US Cellular Center Capacity: 7,204 5:00PM – C 63% 166M from Madison (2:41) 6/29/13-Sat | **16** IA021 – Des Moines, IA Wells Fargo Arena Capacity: 12,876 RAW TV 6:30PM – A Flight from Seattle 127M from Cedar Rapids (1:52) 35% 2/4/14- Tue | **17** St. Patrick's Day 17 MO023 – Kansas City, MO Sprint Center Capacity: 12,886 SMACKDOWN TV 7:00PM – C 248M from Des Moines (3:59) 2/3/14- Sun 33% | **18** | **19** | **20** AZ003 – Tucson, AZ Tucson Convention Center Capacity: 8,962 7:30PM-C 7/12/13-Sat 61% | **21** AZ013 – Phoenix, AZ US Airways Center Capacity: 12,172 7:30PM – B+ 116M from Tucson (1:58) 69% 8/26/13-Mon CA058 – Anaheim, CA Honda Center Capacity: 11,240 7:30PM – A 8/24/13-Sat 65% |
| **22** CA003 – San Diego, CA Valley View Casino Center Capacity: 10,931 5:00PM – B+ 357 mi from Phoenix (5:10) 36% 8/24/13-Sat CA189 – Ontario, CA Citizens Business Bank Arena Capacity: 9,736 5:00PM – B 28M from Anaheim (:33) 4/25/13-Sun 61% | **23** CA084 – Los Angeles, CA Staples Center Capacity: 14,240 4:30PM – A 121M from San Diego (1:56) 37M from Ontario (:41) 9/10/13-Sun 106% WWE GO HOME!!! | **24** | **25** | **26** | **27** | **28** |
| **29** | **30** | **31** |  |  |  |  |