MINUTE ENTRY
LEMELLE, J.
(for Judge Berrigan)
MAY 21, 2014

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC. | CIVIL ACTION |
| VERSUS | NUMBER: 14-0688 |
| UNIDENTIFIED PARTIES | SECTION: "C" |

ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE AS TO THOMAS KEANE, RAPHAEL QUITONI, JOHNNY WATSON AND CHRISTOPHER ARBOR

**APPEARANCES:**   Emily Lippold Gordy for World Wrestling Entertainment, Inc.

COURT REPORTER:        Karen Ibos
COURTROOM DEPUTY:   Kimberly County

Case called; all present and ready.
The Court notes that none of the defendants are present and inquires as to whether Judge Berrigan's staff checked to ensure that no one was present - staff indicated that they checked.
Counsel for the plaintiff advised the Court that the plaintiff is no longer seeking a preliminary injunction and that she intends to proceed against the 2 defendants that have been served.
ORDERED that the motion for preliminary injunction is DISMISSED.
Court adjourned.

JS-10:  00:05