

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-90013   14-30489

CV 14-688-C

WORLD WRESTLING ENTERTAINMENT, INCORPORATED,

　　　　Plaintiff - Petitioner

v.

UNIDENTIFIED PARTIES,

　　　　Defendant - Respondent

---

Motion for Leave to Appeal
from an Interlocutory Order

---

Before HIGGINBOTHAM, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM:

　　IT IS ORDERED that leave to appeal from the interlocutory order of the United States District Court of the Eastern District of Louisiana, New Orleans, entered on April 1, 2014, is GRANTED.

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 20, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   **No. 14-90013**   **World Wrestling Entertainment v. Unidentified Parties**
                            USDC No. 2:14-CV-688

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Sabrina B. Short
Sabrina B. Short, Deputy Clerk
504-310-7817

Honorable Helen Ginger Berrigan
Mr. Danny S. Ashby
Mr. William W. Blevins
Mr. Justin Roel Chapa
Mr. David I. Monteiro