IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 14-30489

CV 14-688-C

WORLD WRESTLING ENTERTAINMENT, INCORPORATED,

    Plaintiff - Appellant

v.

UNIDENTIFIED PARTIES,

    Defendant - Appellee

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED JUL -2 2014

WILLIAM W. BLEVINS
CLERK

O R D E R:

    IT IS ORDERED that Appellant's motion to view all sealed documents is GRANTED.

/s/ James E. Graves, Jr.
JAMES E. GRAVES, JR.
UNITED STATES CIRCUIT JUDGE



\_\_\_ Fee\_\_\_
\_\_\_ Process\_\_\_
_X_ Dktd\_\_\_
\_\_\_ CtRmDep\_\_\_
\_\_\_ Doc. No.\_\_\_

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

July 01, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 14-30489    World Wrestling Entertainment v. Unidentified Parties  
                       USDC No. 2:14-CV-688

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Connie Brown, Deputy Clerk  
504-310-7671

Mr. Danny S. Ashby  
Mr. William W. Blevins  
Mr. Justin Roel Chapa  
Mr. David I. Monteiro

P.S. to Counsel: In accordance with this court's order, you may obtain the sealed materials from the District Court. The sealed materials is for your review ONLY. This material should be maintained in your office under seal and returned to the District Court in the same sealed envelope as soon as it has served your purpose.